THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Keith Moses, Appellant.
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge
Unpublished Opinion No. 2007-UP-374
Submitted September 1, 2007  Filed September 18, 2007    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Teresa A. Knox, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Keith Moses (Appellant) was convicted of possession of crack cocaine and threatening a public official, for which he was sentenced to five years in prison, suspended upon time served and two years probation, plus the payment of a fine.  The court subsequently revoked three years of Appellants suspended sentence after finding Appellant violated the terms of his probation.
On appeal, counsel for Appellant has filed a final brief challenging the revocation of Appellants probation, along with a petition to be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.           
 
APPEAL DISMISSED.[1]
HEARN, C.J., and HUFF and KITTREDGE, JJ., concur.  

[1]  This case is decided without oral argument pursuant to Rule 215, SCACR.